IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

CATHERINE GAUJACQ                                                                    PLAINTIFF

VS.                                                           CIVIL ACTION NO. 3:05mc27JCS

ELECTRICITE DE FRANCE
INTERNATIONAL NORTH
AMERICA, INC., et al.                                                              DEFENDANTS

## ORDER

This cause is before the court for the management of the emergency motions to quash filed by Plaintiff and by third-party Philippe Guajacq.  It is hereby ordered that the motions are granted to the extent that the subpoena requires compliance by June 16, 2006.  The court will make a final ruling on the merits of the motions after receipt of a response from Defendants Electricite de France, S.A. and Electricite de France International North America, Inc. (collectively EDFINA) and any rebuttal which movants desire to submit.  EDFINA shall submit their response to the motions to quash by June 30, 2006.  Any rebuttal by movants shall be submitted within three days of service of the response.

SO ORDERED this the 14th of  June, 2006.

/s/ James C. Sumner

UNITED STATES MAGISTRATE JUDGE